DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BERTRANGE DESAMOUR,**
Appellant,

v.

**GREGORY TONY,** as Sheriff of Broward County,
Appellee.

No. 4D20-1699

[May 6, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nicholas Richard Lopane, Judge; L.T. Case No. CACE19-6560.

Divya Khullar of Khullar, P.A., Tamarac, for appellant.

Richard T. Woulfe and Brad J. Kimber of Billing, Cochran, Lyles, Mauro & Ramsey, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and FORST, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***